**Arthur L. HAIRSTON, Sr.,
Petitioner–Appellant,**

**v.**

**Eric WILSON, Warden, Respondent–
Appellee.**

**No. 14–7267.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 20, 2015.

Arthur Lee Hairston, Sr., Appellant Pro Se. David Moskowitz, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Hairston, Sr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hairston v. Wilson*, No. 1:13–cv–00895–TSE–JFA (E.D.Va. Aug. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*